No. 15,463.

COOPER ET AL. *v.* SIDON.
(169 P. [2d] 181)

Decided May 6, 1946.

An action for a declaratory judgment holding that a floral business carried on under the name of a pretended corporation, in fact belongs to plaintiff. Judgment for plaintiff. Affirmed en banc without written opinion.

Mr. BERNARD J. SEEMAN, Mr. JAMES D. DOYLE, for plaintiffs in error.

Mr. GRAHAM SUSMAN, Mr. HYMAN D. LANDY, for defendant in error.